United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-15135-mdc
Tarik D. Nasir                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW            Page 1 of 1              Date Rcvd: Aug 03, 2018
                           Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db             +Tarik D. Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Tarik D. Nasir judgescholl@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TARIK D. NASIR, | : | BANKR. NO. 18-15135 |
| DEBTOR. | | |

### ORDER SCHEDULING EXPEDITED HEARING

AND NOW, this  3rd  day of August, 2018, upon consideration of the request for an expedited hearing on the Expedited Motion of the Debtor to Impose the Automatic Stay in this case, it is hereby ORDERED as follows:

1. The request for an expedited hearing is GRANTED.

2. A hearing on the aforesaid Motion and any Objections filed thereto is scheduled on **August 6, 2018, at 1:00 PM.** in Courtroom 2, 900 Market St., Philadelphia, PA. .19107.

3. Notice of this Motion and the hearing scheduled in connection therewith shall be provided to counsel for BLB Trading, LLC, the Chapter 13 Trustee, and the U.S. Trustee by email on August 3, 2018.

*Magdeline D. Coleman*
_____