United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-15135-mdc
Tarik D. Nasir                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Aug 06, 2018
                             Form ID: 130             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db              +Tarik D. Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
        DAVID A. SCHOLL    on behalf of Debtor Tarik D. Nasir judgescholl@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 3

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter: 13

    Tarik D. Nasir

               Debtor(s)           Bankruptcy No: 18−15135−mdc

### *O R D E R*

**AND NOW,** this 6th day of August 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        <u>Documents and Deadline</u>

        Matrix List of Creditors due 08/10/2018

        Atty Disclosure Statement due 08/17/2018
        Chapter 13 Plan due by 08/17/2018
        Schedules AB−J due 08/17/2018
        Statement of Financial Affairs due 08/17/2018
        Summary of Assets and Liabilities Form B106 due 08/17/2018
        Means Test Calculation Form 122C−2 Due: 8/17/2018
        Chapter 13 Statement of Your Current Monthly Income and
        Calculation of Commitment Period Form 122C−1 Due 8/17/2018

2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

               By the Court

               Magdeline D. Coleman
           Judge , United States Bankruptcy Court