Amended

# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Tarik D. Nasir,    Amended    Case No. 18-15135

Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $300/hour
    Prior to the filing of this statement I have received ............................... $ 1525.00
    Balance Due ........................................................................................ $ 1000.00

2. The source of the compensation paid to me was:

    [X] Debtor

3. The source of compensation to be paid to me is:

    [X] Debtor

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Amendments to schedules, statement of affairs, plan, and other documents
    b. Attending the rescheduled Meeting of Creditors
    c. Preparing and obtaining confirmation of an amended Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case. It is estimated that the total fee will be approximately $10,000.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 8-12-18            /s/David A. Scholl