# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| IN RE:  Tarik D. Nasir<br><br>　　　　　　　　Debtor | CHAPTER 13<br><br>NO. 18-15135 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of BLB Trading LLC to Debtor's Expedited Motion for Imposition of the Automatic Stay, which was filed with the Court on or about August 6, 2018 (Document No. 9).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 21, 2018