# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Tarik D. Nasir | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-15135MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8/6/18, this case is hereby DISMISSED.

August 24, 2018

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Means Test Calculation Form 122C-2
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment   Period Form 122C-1