# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   TARIK D. NASIR,                            :         CHAPTER 13
                    Debtor                          : BANKRUPTCY NO. 18-15135

## ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE.

AND NOW, this       day of September, 2018, the Order of August 24, 2018, dismissing this case is VACATED.

_____

J.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   TARIK D. NASIR,                        :         CHAPTER 13
                                    Debtor     : BANKRUPTCY NO. 18-15135

### DEBTOR'S MOTION REQUESTING RECONSIDERATION OF ORDER DISMISSING CASE.

The Debtor in this former Chapter 13 bankruptcy case, TARIK D. NASIR ("the Debtor") now comes and moves that this court to reconsider its Order August 24, 2018 ("the Order"), dismissing this case, alleging as follows:

1.  This Debtor filed this bankruptcy case on August 3, 2018, and simultaneously filed an expedited motion to impose the automatic stay in this case.

2.  The case was filed on an emergency basis, and only the petition and a fews preliminary documents were initially filed. As a result, this court entered an Order that most other documents needed in the case were to be filed by August 17, 2018.

3.  The Debtor's counsel promptly prepared the necessary additional documents to be filed, including the Chapter 13 Statement of Current Income and Calculation of Commitment Period Form, Form, Form 122 C-1 ("the Means Test Form") (Form 122 C-2 need not be filed because the Debtor's income is below the median), and counsel believed that all of the necessary forms were filed on August 12, 2018. This belief was reinforced by the scheduling of the Meeting of Creditors in this case on September 24, 2018, which ordinarily would not occur if any necessary documents were missing.

4.  Counsel cannot ascertain at this time precisely why or how, but the Means Test Form was not filed.

5.  On August 24, 2018, this court entered an Order dismissing this case, solely ,

because the Means Test Form was not filed.

6. Counsel immediately filed the Means Test Form and this Motion requesting reconsideration of the dismissal of this case, as the dismissal was due to an oversight of counsel, which has now been rectified.

.

WHEREFORE, the Debtor requests that this court will vacate its Order of August 24, 2018, dismissing this case.

_____

/s/ DAVID A. SCHOLL

512 Hoffman Street

Philadelphia, PA.   19148

610-550-1765

Attorney for Former Debtor