United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-15135-mdc
Tarik D. Nasir                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi          Page 1 of 1            Date Rcvd: Aug 24, 2018
                           Form ID: pdf900       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db            +Tarik D. Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306
14180504      +Ameesah Beyah,    1508 Seybert Street,    Philadelphia, PA 19121-4306
14178353      +BLB Trading LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14180505      +BLB Tradlng, LLC,    c/o David Fein, Esq.,    KML Law Group,    701 Market St., suite 5000,
               Philadelphia, PA 19106-1541
14180509      +Lesley Nasir,    8217 Forrest Avenue,    Philadelphia, PA 19150-2007
14180510      +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14180514      +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
14178910       US Dept of Education / MOHELA,    633 Spirit Dr Chesterfield MO 63005
14179159       US Dept of Education/MOHEL,    633 Spirit Dr,    Chesterfield PA 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:07     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2018 02:00:01     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2018 02:08:06     Orion (Verizon),
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14180506       E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:07     City of Philadelphia,
               Solicitor's Office, Tax Unit,    Municipal Srvices Bldg., 5th floor,    1401 JFK Blvd.,
               Philadelphia, PA 19102
14180507      +E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:07     City of Philadelphia,
               Water Revenue Bueau,    Municipal Services Bldg.,    1401 JFK Blvd.,
               Philadelphia, PA 19102-1663
14180508      +E-mail/Text: cio.bncmail@irs.gov Aug 25 2018 01:58:55     Internal Revenue Serice,
               600 Arch street,    Philadelphia, PA 19106-1695
14180511      +E-mail/PDF: pa_dc_claims@navient.com Aug 25 2018 02:09:15     Navient,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
14176946      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2018 02:08:39
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14180513      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:06
               Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180512*     +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Tarik D. Nasir  judgescholl@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    BLB Trading LLC  bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BLB Trading LLC  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,    philaecf@gmail.com
                                                                                TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                    :      Chapter   13

                                         :

Tarik D. Nasir

                                         :

          Debtor                         :      Bankruptcy No. 18-15135MDC


ORDER


          AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 8/6/18, this case

is hereby DISMISSED.




          August 24, 2018

                                              _____
                                              Magdeline D. Coleman
                                              United States Bankruptcy Judge



Missing Documents:

  Means Test Calculation Form 122C-2
  Chapter 13 Statement of Your Current Monthly Income and
  Calculation of Commitment   Period Form 122C-1