IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TARIK D. NASIR

Debtor                                                    :CHAPTER 13

:BANKR.NO.18-15135

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

1. I, Lesley Nasir, ex-wife of Tarik D. Nasir, do not want the court to grant the relief sought in the motion due to his false statement regarding his income. Exhibit A, marked page 3, included in the envelope with this letter. Exhibit A proves that Tarik Nasir makes about $3000, although he attempted to his secret his monies, the Master in a support hearing found his statements to be false. Further, Mr. Nasir, denied making monies during the divorce proceedings, yet again, the master found his statements to be false. (Copies of divorce decree can be made available upon hearing) As such, Mr. Nasir should not be allowed to file bankruptcy because he is once again make false statements about his income for the purpose of manipulating the system for his own benefit. While simultaneously shirking his fiscal responsiblies to his debtors and his own family. Please feel free to contact me directly at 267.323.6413 or healthinsurance1014@gmail.com.

*in addition to renting the building itself for $6,750 for the past 6 year*

Lesley Nasir

August 27, 2018

P.S. All documents will be made available at hearing.

or

8217 Forrest Ave, Phila, PA. 19150.



FILED
AUG 3 0 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

1