**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: 
TARIK D. NASIR,                               : Chapter 13
Debtor                                        : BANKR. No. 18-15135

**CERTIFICATION OF NO RESPONSE**

I hereby certify that, on August 4, 2018, I served notice of the Debtor's Motion to Impose the Automatic Stay, with a copy of this court's Order of August 3, 2018, scheduling a hearing on the Motion on August 6, 2018, as directed in that Order. I further certify that the only response to that Motion was by BLB Trading, LLC, on August 6, 2018, and that this Response was withdrawn on August 21, 2018. Therefore, an Order granting the Motion can be entered as uncontested.

Dated: September 26, 2018

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor