### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         
TARIK D. NASIR,                      : Chapter 13
Debtor                                    : BANKR. No. 18-15135

### CERTIFICATION OF SERVICE

I hereby certify that, on August 24, 2018, I served notice of the Debtor's Motion to Reconsider Dismissal of This Case on all parties on the Matrix, with a copy of a Notice of Hearing scheduling a hearing on the Motion on September 27, 2018. The only party who filed a Response to this Motion was Lesley Nasir, the Debtor's ex-wfe.

Dated: September 26, 2018

                                                               _____
                                                               /s/ DAVID A. SCHOLL
                                                               512 Hoffman Street
                                                               Philadelphia, PA. 19148
                                                               610-550-1765
                                                               Fax 267-639-9178
                                                               Attorney for the Debtor