**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: TARIK D. NASIR,**                                             :        **CHAPTER 13**
       **Debtor**

:**BANKR. NO.  18-15135**

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

   The Debtor has filed a Motion to Impose the Automatic Stay in this case
   Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney).

   1.    If you do not want the court to grant the relief sought  in the motion or if you want the court to consider your views on the motion, then on or before October 15, 2018, you or your attorney must do all of the following:

   (a)    file an answer explaining your position at
          Bankruptcy Clerk
          900 Market Street, Suite 400
          Philadelphia, PA  19107-4299
          (215) 408-2800

 If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)    mail a copy to the movant's attorney:
          David A. Scholl, Esquire
          512 Hoffman Street
          Philadelphia, PA. 19148
          610-550-1765

   2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3.     A hearing on the motion has been scheduled to be held before the Honorable Magdeline D. Coleman on November 1, 2018, at 11:00 AM in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

   4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 28, 2018