IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re:   TARIK D. NASIR,                              :         CHAPTER 13
                            Debtor              : BANKRUPTCY NO. 18-15135

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE.**

AND NOW, this 27th day of September, 2018, the Order of August 24, 2018, dismissing this case is VACATED.

_____
J.