United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-15135-mdc
Tarik D. Nasir                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1            Date Rcvd: Sep 28, 2018
                              Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db         +Tarik D. Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306
intp       +Lesley Nasir,    8217 Forrest Ave.,    Phila., PA 19150-2007
14180504   +Ameesah Beyah,    1508 Seybert Street,    Philadelphia, PA 19121-4306
14178353   +BLB Trading LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14180505   +BLB Trading, LLC,    c/o David Fein, Esq.,    KML Law Group,    701 Market St., suite 5000,
             Philadelphia, PA 19106-1541
14180509   +Lesley Nasir,    8217 Forrest Avenue,    Philadelphia, PA 19150-2007
14180510   +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14180514   +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
14178910    US Dept of Education / MOHELA,    633 Spirit Dr Chesterfield MO 63005
14179159   +US Dept of Education/MOHEL,    633 Spirit Dr,    Chesterfield MO 63005-1243
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:22     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA   19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:30
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 03:23:04     Orion (Verizon),
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14180506    E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:22     City of Philadelphia,
             Solicitor’s Office, Tax Unit,    Municipal Srvices Bldg., 5th floor,    1401 JFK Blvd.,
             Philadelphia, PA 19102
14180507   +E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:22     City of Philadelphia,
             Water Revenue Bueau,    Municipal Services Bldg.,    1401 JFK Blvd.,
             Philadelphia, PA 19102-1663
14180508   +E-mail/Text: cio.bncmail@irs.gov Sep 29 2018 03:05:09     Internal Revenue Serice,
             600 Arch street,    Philadelphia, PA 19106-1695
14180511   +E-mail/PDF: pa_dc_claims@navient.com Sep 29 2018 03:09:46     Navient,    Po Box 9500,
             Wilkes Barre, PA 18773-9500
14176946   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 03:10:24
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14180513   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:30
             Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180512*  +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
```
          DAVID A. SCHOLL    on behalf of Debtor Tarik D. Nasir judgescholl@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor   BLB Trading LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   BLB Trading LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re:   TARIK D. NASIR,                                :         CHAPTER 13
                                    Debtor             : BANKRUPTCY NO. 18-15135

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE.**

AND NOW, this 27th day of September, 2018, the Order of August 24, 2018, dismissing this case is VACATED.

_____
J.