**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
TARIK NASIR,                                : Chapter 13
Debtor                                      : BANKR. No.18-15135

## CERTIFICATION OF SERVICE

I hereby certify that, on September 28, 2018, I served notice of the Debtor's Motion to Impse the Automatic Stay, with a Notice of Hearing including an Answer Date of October 15, 2018, and scheduling a hearing on November 1, 2018, on all parties on the Mailing Matrix in this case.

Dated: Octobeer 26, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　/s/ DAVID A. SCHOLL
　　　　　　　　　　　　　　　　　　　　　　　　　512 Hoffman Street
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA. 19148
　　　　　　　　　　　　　　　　　　　　　　　　　610-550-1765
　　　　　　　　　　　　　　　　　　　　　　　　　Fax 267-639-9178
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor