# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  TARIK D. NASIR,                :        CHAPTER 13
      Debtor

                                          :        BANKRUPTCY NO.  18-15135

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor was only two payments behind when the Motion was filed.  He is engaged in negotiations to recover his residential real estate from his mortgagee and became distracted. He will cure his trustee payment arrears forthwith.

WHEREFORE, he requests that the Trustee's Motion to Dismiss this bankruptcy case be denied.

Date:  October 26, 2018                            Attorney for Debtor

                                                         DAVID A. SCHOLL
                                                         512 Hoffman Street
                                                         Philadelphia, PA.  19148
                                                         610-550-1765