# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
TARIK D. NASIR,  : Chapter 13
Debtor            : BANKR. No. 18-15135

## CERTIFICATION OF NO RESPONSE

I hereby certify that, on September 28, 2018, I served notice of the Debtor's Motion to Impose the Automatic Stay in this case, with a copy of a Notice of Hearing setting October 15, 2018, as an Answer Date, and scheduling a hearing on the Motion on November 1, 2018, on all Parties on the Mailing Matrix. There has been no Answer or other response filed or served on me as of October 26, 2018, and therefore the proposed Order can be entered as uncontested.

Dated: October 27, 2018

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor