# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TARIK D. NASIR, | : | BANKR. NO. 18-15135 |
| DEBTOR. | : | |

## ORDER IMPOSING THE AUTOMATIC STAY BEYOND THIRTY (30) DAY PERIOD

AND NOW, this /ˢᵗ day of ~~August~~ *November*, 2018, upon consideration of the Debtor's Expedited Motion to Impose the Automatic Stay in this case ("Motion"), and the Responses, thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the automatic stay in this case is imposed for the duration of this case as to ALL creditors *served with the Motion* of the Debtor unless relief from same is granted.

_____
United States Bankruptcy Judge