**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  : CHAPTER 13
**Tarik D. Nasir**                      :
                                        :  BANKRUPTCY NO.  **18-15135 MDC**
                        Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of
the debtor(s) chapter 13 plan on 2/7/2019 At 09:30 A.M. before the Hon. Magdeline D.
Coleman.

                                        Respectfully submitted,

Date: December 18, 2018                 /s/Jacqueline M. Chandler, Esquire for
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee
                                        P.O. Box 1299
                                        Philadelphia, PA  19105