United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                       Case No. 18-15135-mdc
Tarik D. Nasir                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Randi            Page 1 of 2         Date Rcvd: Dec 19, 2018
                             Form ID: 152           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
```
db            +Tarik D. Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306
14180504      +Ameesah Beyah,    1508 Seybert Street,    Philadelphia, PA 19121-4306
14178353      +BLB Trading LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14180505      +BLB Trading, LLC,    c/o David Fein, Esq.,    KML Law Group,   701 Market St., suite 5000,
                Philadelphia, PA 19106-1541
14180509      +Lesley Nasir,    8217 Forrest Avenue,    Philadelphia, PA 19150-2007
14180510      +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14217728       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
                St. Paul, MN 55116-0408
14180514      +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
14178910       US Dept of Education / MOHELA,    633 Spirit Dr Chesterfield MO 63005
14179159      +US Dept of Education/MOHEL,    633 Spirit Dr,   Chesterfield MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:20    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:50
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14180506       E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:20    City of Philadelphia,
                Solicitor's Office, Tax Unit,   Municipal Srvices Bldg., 5th floor,    1401 JFK Blvd.,
                Philadelphia, PA 19102
14180507      +E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:20    City of Philadelphia,
                Water Revenue Bueau,    Municipal Services Bldg.,   1401 JFK Blvd.,
                Philadelphia, PA 19102-1663
14180508      +E-mail/Text: cio.bncmail@irs.gov Dec 20 2018 02:44:35    Internal Revenue Serice,
                600 Arch street,    Philadelphia, PA 19106-1695
14180511      +E-mail/PDF: pa_dc_claims@navient.com Dec 20 2018 02:50:19    Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
14211084       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 02:50:44
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14176946      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 02:50:32
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14180513      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:50
                Pennsylvania Department of Revenue,    P.O. Box 280946,   Harrisburg, PA 17128-0946
                                                                                               TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180512*     +Navient,    Po Box 9500,   Wilkes Barre, PA 18773-9500
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
```
          DAVID A. SCHOLL    on behalf of Debtor Tarik D. Nasir judgescholl@gmail.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    BLB Trading LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BLB Trading LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2           Date Rcvd: Dec 19, 2018
                              Form ID: 152                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                             TOTAL: 7

Case 18-15135-mdc    Doc 53    Filed 12/21/18    Entered 12/22/18 01:01:48    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tarik D. Nasir

    Debtor(s)

Case No: 18−15135−mdc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 2/7/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

51
Form 152