# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  TARIK D. NASIR,                              :           CHAPTER 13
       Debtor

                                                            :           BANKRUPTCY NO.  18-15135

## DEBTOR'S AMENDED ANSWER TO TRUSTEE'S MOTION TO DISMISS FILED FEBRUARY 8, 2019

The Debtor was instructed not to appear at the Meeting of Creditors scheduled on February 27, 2019, because he had not yet filed his recent tax returns and business reports.  He is In the process of completing and filing these documents.  The Debtor will file an amended, feasible plan prior to the hearing date.  The Debtor is only two payments behind when the to the Trustee, and he will cure this delinquency prior to the hearing.

WHEREFORE, he requests that the Trustee's Motion to Dismiss this bankruptcy case be denied.

Date:  February 27, 2019                              Attorney for Debtor

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765