IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
TARIK D. NASIR,
Debtors

: CHAPTER 13

: BANKRUPTCY NO. 18-15135

APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL
FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016-2 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant Is counsel for the Debtor in this case

2. The Applicant filed a petition under Chapter13 of the Bankruptcy Code on behalf of the Debtor on August 3, 2018.

3. The Debtor's annualized income as set forth on Form B122-C-1 is below the median.

4. All services rendered for which compensation is requested were performed on behalf of the Debtor, the services were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4000 for over 38 hours expended in providing services, which included meeting with the Debtor and analyzing his financial circumstances as appropriate for a new Chapter 13 case, preparing, filing, and serving a Motion to impose the automatic stay, preparing, filing , and serving filing a Motion to reconsider a dismissal of the

case, preparing and filing Schedules and Plans, filing answers to the trustee's motions to dismiss this case, attending several hearings on Motions to impose the stay and defend motions to dismiss the case, negotiating a resolution of the Debtor's recovery of his properties from a mortgagee which obtained confessed judgments against him ,numerous attempted communiications with the Debtor regarding matters needed to prevent dismissal of this case, and preparing and filing this Fee Application and Notice.

6. The Debtor paid the Applicant $1525 prior to the filing of this case.

7. A copy of the Applicant's disclosure of compensation pursuant to FRBP 2016(b) is attached hereto as Exhibit "A."

8. None of the compensation paid to the Applicant will be shared with any person other than my wife, an associate of my law firm whose appearance was also entered.

WHEREFORE, the Applicant requests an award of $4000 in compensation for services, less $1525 paid, or up to $2475 in remaining compensation from the trustee..

Dated: April 27, 2019

/s/DAVID A. SCHOLL

512 Hoffman Street, Phila., PA. 19148

610-550-1765

Attorney for Debtor

**EXHIBIT "A"**

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Tarik D. Nasir,                                              Case No. 18-15135

   Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $300/hour
   Prior to the filing of this statement I have received ........................................... $ 1525.00
   Balance Due ..................................................................................... $ 1000.00

2. The source of the compensation paid to me was:

   ☒ Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Amendments to schedules, statement of affairs, plan, and other documents

   b. Attending the rescheduled Meeting of Creditors

   c. Preparing and obtaining confirmation of an amended Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case. It is estimated that the total fee will be approximately $10,000.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 8-12-18                          /s/David A. Scholl

**EXHIBIT "B"**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    TARIK D. NASIR,                : CHAPTER 13
    Debtor                            : BANKRUPTCY NO. 18-15135

### ORDER

AND NOW, this    day of June, 2019, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000. After credit for a $1525 retainer paid to the Applicant by the Debtor, the Chapter 13 Trustee is authorized and directed to pay whatever funds are remaining in his account up to $2475 to the Applicant from his account.

                                                        _____
                                                                             J.