**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  TARIK D. NASIR,                            :        CHAPTER 13

       Debtor                                         : BANKRUPTCY NO. 18-15135

## NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from August 3, 2018, through April 25, 2019, in the amount of $4000 for this period, has been filed.  Any Objection to this Application must be filed and served upon me within twenty-one days from April 29, 2019, on or before which date this Notice will be served.  A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor.  Any interested parties can obtain a copy from me on request.

        /s/ DAVID A. SCHOLL
        512 Hoffman Street
        Philadelphia, PA  19148
        610-550-1765
        Attorney for Debtor