United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15135-mdc
Tarik D. Nasir                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2           Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db            +Tarik D. Nasir,    1506-08 Seybert Street,    Philadelphia, PA 19121-4306
intp          +Lesley Nasir,    8217 Forrest Ave.,    Phila., PA 19150-2007
14180504      +Ameesah Beyah,    1508 Seybert Street,    Philadelphia, PA 19121-4306
14178353      +BLB Trading LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14180505      +BLB Trading, LLC,    c/o David Fein, Esq.,    KML Law Group,    701 Market St., suite 5000,
                Philadelphia, PA 19106-1541
14180509      +Lesley Nasir,    8217 Forrest Avenue,    Philadelphia, PA 19150-2007
14180510      +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14217728       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
                St. Paul, MN 55116-0408
14180514      +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2898
14178910       US Dept of Education / MOHELA,    633 Spirit Dr Chesterfield MO 63005
14179159      +US Dept of Education/MOHEL,    633 Spirit Dr,    Chesterfield MO 63005-1243
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:56     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:37:34
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 26 2019 02:37:51     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:56     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:54:55     Orion (Verizon),
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14262792       E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:56     City of Philadelphia,
                Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14180506       E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:56     City of Philadelphia,
                Solicitor’s Office, Tax Unit,    Municipal Srvices Bldg., 5th floor,    1401 JFK Blvd.,
                Philadelphia, PA 19102
14266274      +E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:55     City of Phila.,
                c/o PAMELA ELCHERT THURMOND,    Water Revenue Bureau,    Municipal Services Building,
                1401 JFK Boulevard, 5th Floor,    Phila., PA 19102-1663
14180507      +E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:56     City of Philadelphia,
                Water Revenue Bueau,    Municipal Services Bldg.,    1401 JFK Blvd.,
                Philadelphia, PA 19102-1663
14180508      +E-mail/Text: cio.bncmail@irs.gov Apr 26 2019 02:37:24     Internal Revenue Serice,
                600 Arch street,    Philadelphia, PA 19106-1695
14180511      +E-mail/PDF: pa_dc_claims@navient.com Apr 26 2019 02:43:11     Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
14211084       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:43:11
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14176946      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:43:10
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14180513      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:37:34
                Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180512*     +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                Page 2 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: pdf900            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Tarik D. Nasir judgescholl@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    BLB Trading LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    BLB Trading LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Tariq Nasir,  :  Chapter 13
,  :
Debtor(s).  :  Bankruptcy No. -MDC  18-15135

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 4/25/19

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE