IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:

TARIK D. NASIR,                                              : CHAPTER 13
Debtor                                                        : BANKRUPTCY NO. 18-15135

ORDER

AND NOW, this 9th day of July 2019, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000. After credit for a $1525 retainer paid to the Applicant by the Debtor, the Chapter 13 Trustee is authorized and directed to pay whatever funds are remaining in his account up to $2475 to the Applicant from his account.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE